IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Charlotte N. Sweeney

Civil Action No. 1:21-cv-00602-CNS-KLM

LARRY ALLEN THOMPSON,

    Plaintiff,

v.

HEATHER W. DAMON, BVCF Medical Provider and
DEAN WILLIAMS, Executive Dir., CDOC,

    Defendants.

## ORDER

Before the Court is the Recommendation by United States Magistrate Judge Kristen L. Mix issued on December 13, 2022 (ECF No. 84). For the following reasons, the Court AFFIRMS and ADOPTS the Recommendation.

The parties were advised that they had fourteen days, after being served with a copy of the Recommendation, to file written objections in order to obtain reconsideration by the District Judge assigned to the case. *See* Fed. R. Civ. P. 72(b). Neither party has filed an objection to Magistrate Judge Mix's Recommendation.

Under 28 U.S.C. § 636(b)(1)(B), this Court may designate a Magistrate Judge to consider dispositive motions and submit recommendations to the Court. When a Magistrate Judge submits a Recommendation, the Court must "determine de novo any part of the magistrate judge's [recommended] disposition that has been properly objected to." Fed. R. Civ. P. 72(b)(3). A party's

1

failure to file such written objections may bar the party from a de novo determination by the District Judge of the proposed findings and recommendations. *Thomas v. Arn*, 474 U.S. 140, 150 (1985). When this occurs, the Court is "accorded considerable discretion" and "may review a [Magistrate Judge]'s report under any standard it deems appropriate." *Summers v. State of Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas*, 474 U.S. at 150).

After reviewing all the relevant pleadings, the Court concludes that Magistrate Judge Mix's analysis was thorough and comprehensive, the Recommendation is well-reasoned, and the Court finds no clear error on the face of the record. Accordingly, the Court AFFIRMS and ADOPTS Magistrate Judge Mix's Recommendation (ECF No. 84) as an Order of this Court. Defendant Damon's Motion to Dismiss (ECF No. 80) and Defendant Williams' Motion to Dismiss and for Judgment on the Pleadings (ECF No. 69) are GRANTED. Plaintiff's claims are DISMISSED without prejudice, except for Plaintiff's claim against Defendant Damon in her individual capacity, which is DISMISSED with prejudice.

DATED this 4th day of January 2023.

BY THE COURT:

_____
Charlotte N. Sweeney
United States District Judge